



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

INDICTMENT FOR VIOLATIONS
<u>OF THE FEDERAL GUN CONTROL ACT</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 22-129** |
| v. | * | SECTION: **SECT. L MAG. 1** |
| **COREY HALE** | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 922(g)(9) |
| | * | 18 U.S.C. § 924(a)(2) |

\*   \*   \*

The Grand Jury charges that:

<u>COUNT 1</u>
(Felon in Possession of a Firearm)

On or about May 26, 2020, in the Eastern District of Louisiana, the defendant, **COREY HALE**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a conviction on September 18, 2017, in the Parish of Orleans Criminal District Court case number 534-591, for possession of heroin, in violation of LA-R.S. 40:966(C)(1); a conviction on March 12, 2015, in the Parish of Orleans Criminal District Court case number 521-948, for possession of methamphetamine, in violation of LA-R.S. 40:966(C)(2); and a conviction on October 30, 2012, in the Parish of Orleans Criminal District Court case number

```
_X_ Fee___USA_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc.No._____
```

500-917, for manslaughter, in violation of LA-R.S. 14:31, did knowingly possess a firearm, that is, a Taurus Model G2c 9mm handgun, bearing serial number TRL 04339, said firearm being in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(Possession of a Firearm After a Domestic Violence Battery Conviction)

On or about May 26, 2020, in the Eastern District of Louisiana, the defendant, **COREY HALE**, knowingly possessed a firearm, that is, a Taurus Model G2c 9mm handgun, bearing serial number TRL 04339. The defendant had been convicted of a misdemeanor crime of domestic violence, that is, a conviction on May 11, 2015, in the Parish of Orleans Criminal District Court case number 523-664, for domestic abuse battery, in violation of LA R.S. 14:35.3, against M.L.W. At the time he possessed the firearm, the defendant knew that he had been convicted of this misdemeanor. The defendant thus violated Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## COUNT 3
(Felon in Possession of a Firearm)

On or about April 26, 2022, in the Eastern District of Louisiana, the defendant, **COREY HALE**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a conviction on September 18, 2017, in the Parish of Orleans Criminal District Court case number 534-591, for possession of heroin, in violation of LA-R.S. 40:966(C)(1); a conviction on March 12, 2015, in the Parish of Orleans Criminal District Court case number 521-948, for possession of methamphetamine, in violation of LA-R.S. 40:966(C)(2), and a conviction on October 30, 2012, in the Parish of Orleans Criminal District Court case number 500-917, for manslaughter, in violation of LA-R.S. 14:31, did knowingly possess a firearm, that is, a Bersa Thunder .380 caliber handgun bearing serial number H47937, said firearm having been

in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4
(Possession of a Firearm After a Domestic Violence Battery Conviction)

On or about April 26, 2022, in the Eastern District of Louisiana, the defendant, **COREY HALE**, knowingly possessed a firearm, that is, a Bersa Thunder .380 caliber handgun bearing serial number H47937. The defendant had been convicted of a misdemeanor crime of domestic violence, that is, a conviction on May 11, 2015, in the Parish of Orleans Criminal District Court case number 523-664, for domestic abuse battery, in violation of LA R.S. 14:35.3. At the time he possessed the firearm, the defendant knew that he had been convicted of this misdemeanor. The defendant thus violated Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 4 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 through 4, the defendant, **COREY HALE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

   a. Bersa Thunder .380 caliber handgun bearing serial number H47937;

   b. Taurus Model G2c 9mm handgun, bearing serial number TRL 04339.

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

MICHAEL E. TRUMMEL
Assistant United States Attorney
Louisiana Bar Roll No. 36288

New Orleans, Louisiana
June 30, 2022

4

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT
Eastern _____ District of _____ Louisiana
_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

## COREY HALE

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

**VIOLATIONS:** 18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(g)(9)
18 U.S.C. § 924(a)(2)

A true bill.

_____

Filed in open court this _____ day of _____ A.D. 2022.

_____ Clerk

Bail, $ _____

*[signature]*
MICHAEL E. TRUMMEL
Assistant United States Attorney